# EXHIBIT A



**KENTUCKY COURT OF JUSTICE**

**25-CI-00268**

## NAPIER MARINA, LLC VS. CONVEX INSURANCE UK LIMITED

**GARRARD CIRCUIT COURT**

Filed on **09/27/2025** as **PROPERTY DAMAGE** with **HON. HUNTER DAUGHERTY**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 25-CI-00268 |
|---|---|

**CONVEX INSURANCE UK LIMITED** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Address**

LOCKE LORD LLP
BROOKFIELD PL 200 VESEY ST, 20TH FL
NEW YORK NY 10281

**Summons**

**CIVIL SUMMONS** issued on **09/27/2025** by way of **CERTIFIED MAIL**
*9236090194038335587137*

**NAPIER MARINA, LLC** as **PLAINTIFF / PETITIONER**

**Address**

136 S HOMESTEAD LANE
LANCASTER KY 40444

**SCOTT JERNIGAN, JULIE** as **ATTORNEY FOR PLAINTIFF**

**Address**

406 W 6TH STREET
COVINGTON KY 41011

**SMITH, SHANNON C.** as **ATTORNEY FOR PLAINTIFF**

**Address**

406 W 6TH STREET
COVINGTON KY 41011

**LERNER, ZACHARY** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is CONVEX INSURANCE UK LIMITED

**Address**

LOCKE LORD LLP
BROOKFIELD PL 200 VESEY ST, 20TH FL
NEW YORK NY 10281

| Documents | 25-CI-00268 |
|---|---|

**COMPLAINT / PETITION** filed on **09/27/2025**

| Images | 25-CI-00268 |
|---|---|

**COMPLAINT / PETITION** filed on **09/27/2025**  *Page(s): 4*

**SUMMONS** filed on **09/27/2025**  *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **09/27/2025**  *Page(s): 1*

**\*\*\*\* End of Case Number : 25-CI-00268 \*\*\*\***

NOT ORIGINAL

10/24/2025 12:40:54

89824-11

**COMMONWEALTH OF KENTUCKY**
**GARRARD CIRCUIT COURT**
**CASE NO.:**

**NAPIER MARINA, LLC**

       **Plaintiff,**

**v.**

**CONVEX INSURANCE UK LIMITED**

       **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW,** the Plaintiff, NAPIER MARINA, LCC, by and through counsel, and hereby sues the Defendant, CONVEX INSURANCE UK LIMITED, and as grounds therefor states as follows:

### PARTIES, JURISDICTION & VENUE

1.     This is an action for damages in excess of Five-Thousand and 00/100 Dollars ($5,000.00), exclusive of attorneys' fees, pre-judgment interest, and costs.

2.     At all times material hereto, Plaintiff, NAPIER MARINA, LLC, owned real property located at: 136 S Homestead Lane, Lancaster, Kentucky 40444.

3.     At all times material hereto, Defendant, CONVEX INSURANCE UK LIMITED, was a for-profit corporation, registered with the Commonwealth of Kentucky, and engaged in the business of providing insurance policies to property owners located in Garrard County, Kentucky.

4.     Jurisdiction and venue are proper in this Court.

Presiding Judge: HON. HUNTER DAUGHERTY (613171)

COM : 000001 of 000004

Filed          25-CI-00268   09/27/2025          Dana Hensley, Garrard Circuit Clerk

NOT ORIGINAL

DOCUMENT

10/24/2025 12:40:54

PM

89824-11

## GENERAL ALLEGATIONS

5.      Plaintiff is the owner of real property located at 136 S. Homestead Lane,

Lancaster, Kentucky 40444 (the "Property").

6.      Plaintiff maintained a property insurance policy with Defendant covering the

Property on the date of loss, bearing policy number CPR000488-0824 (the "Policy").

7.      On or about September 27,2024, a wind event severely damaged Plaintiff's Property.

8.      On information and belief, Plaintiff has suffered a covered loss under the Policy and has

otherwise suffered damage that is not excluded under the Policy.

9.      Plaintiff duly reported the loss to Defendant and Defendant assigned claim number

CVNAMGU240009 to the loss.

10.     Defendant has failed to render a coverage determinations, and otherwise failed and

refused to provide benefits due under the Policy.

11.     All conditions precedent to obtaining coverage for the loss have been complied with,

met, or waived.

## COUNT I: BREACH OF CONTRACT

12.     Plaintiff re-alleges and incorporates paragraphs One (1) through Eleven (11) as though

fully set forth herein.

13.     Plaintiff and Defendant are parties to a valid and binding contract of insurance, which

requires Defendant to provide benefits to Plaintiff in the event of a covered loss under the Policy.

14.     On information and belief, Plaintiff has suffered a covered loss under the Policy.

15.     Defendant has failed and refused to provide the amount of benefits due for

Plaintiff's covered loss.

16.     Plaintiff has been damaged by Defendant's breach of contract.

Presiding Judge: HON. HUNTER DAUGHERTY (61317I)

COM : 000002 of 000004

2

Filed

DOCUMENT

PM

25-CI-00268   09/27/2025          Dana Hensley, Garrard Circuit Clerk

NOT ORIGINAL

10/24/2025 12:40:54

89824-11

## COUNT II: VIOLATION OF KRS 304.12-230

17. Plaintiff re-alleges and incorporates by reference paragraphs One (1) through Sixteen (16) as though fully set forth herein.

18.     The Defendant has, as of the date of this filing, failed to render a coverage determination on Plaintiff's claim, in violation of KRS 304.12-230.

19.     Defendant did not attempt in good faith to effectuate prompt, fair and equitable settlement of Plaintiff's claim, whereas liability was reasonably clear, in violation of KRS 304.12230(6).

20.      Defendant has refused to pay the full value of Plaintiff's claim in violation of KRS 304.

21.     The Defendant compelled the Plaintiff to institute litigation to recover amounts due under the policy, in violation of KRS 304.12-230(7).

22.     Defendant's violations of KRS 304.12-230 set forth above have caused Plaintiff to incur additional damages.  Defendant's continued failure to make Plaintiff whole for its covered loss has damaged, and continues to damage, Plaintiff's public facing business.

23.     The Defendant's conduct has caused, and will continue to cause, Plaintiff to incur attorneys' fees and costs in order to obtain benefits due under the Policy.

24.     Pursuant to KRS 446.070, Plaintiff is entitled to recover damages sustained by reason of Defendant's violations of KRS 304.12-230.

## COUNT III: VIOLATION OF KRS 304.12-235

24.     Plaintiffs re-allege and incorporate by reference paragraphs One (1) through Twenty-Three (23) as though fully set forth herein.

25.     The Defendant has a duty to Plaintiff under KRS 304.12-235 to pay Plaintiff's claim arising under the terms of the Policy not more than thirty (30) days from the date upon which the Plaintiff provided notice and proof of the claim.

Presiding Judge: HON. HUNTER DAUGHERTY (61317I)

COM : 000003 of 000004

3

Filed          25-CI-00268   09/27/2025          Dana Hensley, Garrard Circuit Clerk

NOT ORIGINAL
DOCUMENT
10/24/2025 12:40:54
PM
89824-11

26.     The Defendant failed to make a good faith attempt to settle the full claim within the time prescribed by KRS 304.12-235.

27.     The Defendant is responsible for paying Plaintiff's attorneys' fees, costs, and interest under KRS 304.12-230 and KRS 304.12-235.

   **WHEREFORE**, Plaintiff, NAPIER MARINA, LLC, demands judgment against Defendant, CONVEX INSURANCE UK LIMITED, for:

A.     All damages to which Plaintiff is entitled;

B.     Pre-judgment interest pursuant to KRS 304.12-235;

C.     Attorneys' fees, expert fees, and costs pursuant to KRS 304.12-230 and KRS 304.12-235; and

D.     All other relief considered by this Honorable Court to be equitable and just.

E.     Plaintiff demands a trial by jury on all triable issues in this case.


 Dated: May 25, 2025                    Respectfully Submitted,


                                        /s/ **Julie Scott Jernigan**
                                        Julie Scott Jernigan, Esq.
                                        KBA# 90393
                                        SMITH LAW PLLC
                                        406 West 6th Street, Ste 2
                                        Covington KY 41011
                                        Phone: 859-667-1204
                                        Email: julie@scsmithlaw.net

                                        *Attorney for Plaintiffs*

Presiding Judge: HON. HUNTER DAUGHERTY (613171)

COM : 000004 of 000004

Filed          25-CI-00268   09/27/2025          Dana Hensley, Garrard Circuit Clerk



AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-00268**    ~~89268~~ ORIGINAL
Court: **CIRCUIT**
County: **GARRARD**    ~~10/24/2025 12:41:00~~

~~PM~~

~~89824-11~~

~~DOCUMENT~~

---

*Plaintiff,* **NAPIER MARINA, LLC VS. CONVEX INSURANCE UK LIMITED**, *Defendant*


TO:  **ZACHARY LERNER**

   **LOCKE LORD LLP**

   **BROOKFIELD PL 200 VESEY ST, 20TH FL**

   **NEW YORK, NY 10281**

Memo: Related party is CONVEX INSURANCE UK LIMITED


The Commonwealth of Kentucky to Defendant:
**CONVEX INSURANCE UK LIMITED**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.



   /s/ Dana Hensley, Garrard
   Circuit Clerk
   Date: **9/27/2025**

Presiding Judge: HON. HUNTER DAUGHERTY (61317T)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____


   Date: _____, 20_____          _____
                                            Served By

                                            _____
                                            Title

CI : 000001 of 000001



**eFiled**

**Commonwealth of Kentucky**
**Dana Hensley, Garrard Circuit Clerk**

NOT ORIGINAL
DOCUMENT

10/24/2025 12:41:10
PM

| | |
|---|---|
| **Case #:** 25-CI-00268 | **Envelope #:** 11692817 |
| **Received From:** SHANNON SMITH | **Account Of:** SHANNON SMITH |
| **Case Title:** NAPIER MARINA, LLC VS. CONVEX INSURANCE UK LIMITED | **Confirmation Number:** 209286253 |
| **Filed On** 9/27/2025  6:45:35PM | |

89824-11

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $18.84 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $1.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $0.60 |
| | **TOTAL:** | $240.44 |

Generated: 9/29/2025

Page 1 of 1